| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
|   | JOHN N. DAHLBERG (SBN 85122) |
| 2 | jnd@dillinghammurphy.com |
|   | DENNIS J. KELLY (SBN 191414) |
| 3 | djk@dillinghammurphy.com |
|   | 601 California Street, Suite 1900 |
| 4 | San Francisco, CA 94108 |
|   | TELEPHONE: (415) 397-2700 |
| 5 | FACSIMILE:  (415) 397-3300 |
| 6 | ATTORNEYS FOR DEFENDANTS |
|   | THE PEP BOYS MANNY MOE & JACK |
| 7 | OF CALIFORNIA, a Pennsylvania Corporation; |
|   | PALMER, REIFLER & ASSOCIATES, |
| 8 | a Florida Professional Association, and |
|   | PATRICIA L. HASTINGS, an individual |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ANDREW LEE, | CASE NO. C12 5064 JSC |
| Plaintiff, | **[PROPOSED] ORDER ENLARGING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND DATES SET FORTH IN THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| v. | |
| THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA, a Pennsylvania Corporation; PALMER, REIFLER & ASSOCIATES, a Florida Professional Association; PATRICIA L. HASTINGS, an individual; and DOES 1 through 100, inclusive, | |
| Defendants. | |

**[PROPOSED] ORDER**

The Court finds that there is good cause for extending the dates for the parties to comply with the ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES and enlarging the time for Defendants THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA, PALMER, REIFLER & ASSOCIATES, P.A. and PATRICIA L. HASTINGS to respond to the Second Amended Complaint, based on the following:

///

1  The Second Amended Complaint was filed and served on December 27, 2013. Because
2  of the holiday season, as well as the absence of defense counsel, John Dahlberg, due to
3  personal matters, specifically attending to his gravely ill 91 year old mother, Mr. Dahlberg has
4  been unable to prepare a response to the Second Amended Complaint and is unable to comply
5  with the dates set forth in the Order Setting Initial Case Management Conference and ADR
6  Deadlines. Accordingly, the parties have stipulated to extending the time for Defendants to
7  respond to the Second Amended Complaint and the dates set forth in the Order Setting Initial
8  Case Management Conference and ADR Deadlines by 14 days.
9  Having found good cause, IT IS SO ORDERED:
10  (1) that the deadline for Defendants to respond to the Second Amended Complaint,
11  currently due to be filed on January 10, 2013, is extended up to and including, January 24,
12  2013; and (2) that the dates set forth in the Order Setting Initial Case Management Conference
13  and ADR Deadlines are extended by fourteen days as follows:

- the last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan from January 10, 2013, to January 24, 2013;
- the last date to file ADR Certification signed by Parties and Counsel from January 10, 2013, to January 24, 2013;
- the last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference from January 10, 2013, to January 24, 2013;
- the last day to file Rule 26(f) Report, complete initial disclosure or state objection in Rule 26(f) Report and file Case Management Statement per Standing order re Contents of Joint Management Statement from January 10, 2013, to January 24, 2013;

25  //
26  //
27  //
28  //

1      • the Initial Case Management Conference currently set for January 31, 2013 shall
be continued to February 28, 2013, at 1:30 p.m.

Dated:     January 11, 2013

IT IS SO ORDERED

*Jacqueline S. Corley*

THE HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

Page No. 3 – Case No. C12 5064 JSC [PROPOSED] Order Enlarging Time For Defendants To Respond To Second Amended Complaint And Dates Set Forth In The Order Setting Initial Case Management Conference And ADR Deadlines