1   DILLINGHAM & MURPHY, LLP
    JOHN N. DAHLBERG (SBN 85122)
    jnd@dillinghammurphy.com
2   DENNIS J. KELLY (SBN 191414)
    djk@dillinghammurphy.com
3   601 California Street, Suite 1900
    San Francisco, CA 94108
4   TELEPHONE: (415) 397-2700
    FACSIMILE:  (415) 397-3300
5
6       ATTORNEYS FOR DEFENDANTS
        THE PEP BOYS MANNY MOE & JACK
7       OF CALIFORNIA, a Pennsylvania Corporation;
        PALMER, REIFLER & ASSOCIATES,
8       a Florida Professional Association, and
        PATRICIA L. HASTINGS, an individual
9

10              UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

12

13  ANDREW LEE,                         CASE NO. C12 5064 JSC

14          Plaintiff,                  **[PROPOSED]** ORDER ENLARGING
                                        **TIME FOR DEFENDANTS TO**
15      v.                              **RESPOND TO SECOND AMENDED**
                                        **COMPLAINT AND DATES SET FORTH**
16  THE PEP BOYS MANNY MOE & JACK OF    **IN THE ORDER SETTING INITIAL**
    CALIFORNIA, a Pennsylvania Corporation;  **CASE MANAGEMENT CONFERENCE**
17  PALMER, REIFLER & ASSOCIATES, a     **AND ADR DEADLINES**
    Florida Professional Association; PATRICIA
18  L. HASTINGS, an individual; and DOES 1
    through 100, inclusive,
19
            Defendants.
20

21

22                  **[PROPOSED] ORDER**

23          The Court finds that there is good cause for extending the dates for the parties to

24  comply with the ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND

25  ADR DEADLINES and enlarging the time for Defendants THE PEP BOYS MANNY MOE &

26  JACK OF CALIFORNIA, PALMER, REIFLER & ASSOCIATES, P.A. and PATRICIA L.

27  HASTINGS to respond to the Second Amended Complaint, based on the following:

28  ///

1    The Second Amended Complaint was filed and served on December 27, 2013.  Because

2  of the holiday season, as well as the absence of defense counsel, John Dahlberg, due to

3  personal matters, specifically attending to his gravely ill 91 year old mother, Mr. Dahlberg has

4  been unable to prepare a response to the Second Amended Complaint and is unable to comply

5  with the dates set forth in the Order Setting Initial Case Management Conference and ADR

6  Deadlines.  Accordingly, the parties have stipulated to extending the time for Defendants to

7  respond to the Second Amended Complaint and the dates set forth in the Order Setting Initial

8  Case Management Conference and ADR Deadlines by 14 days.

9  Having found good cause, IT IS SO ORDERED:

10    (1) that the deadline for Defendants to respond to the Second Amended Complaint,

11  currently due to be filed on January 10, 2013, is extended up to and including, January 24,

12  2013; and (2) that the dates set forth in the Order Setting Initial Case Management Conference

13  and ADR Deadlines are extended by fourteen days as follows:

14    • the last day to meet and confer re: initial disclosures, early settlement, ADR

15      process selection, and discovery plan from January 10, 2013, to January 24,

16      2013;

17    • the last date to file ADR Certification signed by Parties and Counsel from

18      January 10, 2013, to January 24, 2013;

19    • the last day to file either Stipulation to ADR Process or Notice of Need for ADR

20      Phone Conference from January 10, 2013, to January 24, 2013;

21    • the last day to file Rule 26(f) Report, complete initial disclosure or state

22      objection in Rule 26(f) Report and file Case Management Statement per

23      Standing order re Contents of Joint Management Statement from January 10,

24      2013, to January 24, 2013;

25  //

26  //

27  //

28  //

1      &bull;  the Initial Case Management Conference currently set for January 31, 2013 shall

2      be continued to February 28, 2013, at 1:30 p.m.

3

4

5

6  Dated:     January 11, 2013

7                THE _____ CORLEY

8                UNITED STATES _____ JUDGE

IT IS SO ORDERED

Jacqueline S. Corley

Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28