IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE PEP BOYS MANNY MOE AND JACK OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No.: C-12-05064 JSC<br><br>**ORDER RE: JOINT DISCOVERY LETTER (Dkt. No. 56)** |

Now pending before the Court is the parties' joint discovery brief concerning the production of letters sent to purported class members. For the reasons stated at the hearing on the letter, the Court orders as follows:

　　1) Defendant Palmer, Reifler & Associates shall produce all letter templates currently in use.

　　2) Counsel for Defendant shall consult with his client about locating and producing letter templates in use throughout the class period.

　　3) Defendants shall file a motion for judgment on the pleadings within 21 days from the date of this Order.

1    4) The parties shall confer by telephone on Monday, November 4, 2013 at 11:00 a.m.
2 regarding Plaintiff's UCL allegations.  Pursuant to the parties' representations at the hearing, the call
3 shall be recorded by a court reporter at Defendants' expense.
4    IT IS SO ORDERED.

6 Dated: October 31, 2013

7                                           _____
                                            JACQUELINE SCOTT CORLEY
8                                           UNITED STATES MAGISTRATE JUDGE

2