1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW LEE,

               Plaintiff,

      v.

THE PEP BOYS MANNY MOE AND
JACK OF CALIFORNIA, et al.,

               Defendants.

Case No.: C-12-05064 JSC

**ORDER RE: JANUARY 16, 2014
HEARING AND SETTING CASE
MANAGEMENT CONFERENCE**

Pursuant to the Court's January 14, 2014 Order, the hearing set for January 16, 2014 has been vacated.  If, after review and consideration of the Court's Order, the parties identify any discovery dispute, the parties shall meet-and-confer in an attempt to resolve that dispute without Court intervention.  Any discovery dispute presented to the Court must follow the Court's Standing Order.  The Court will hear any such dispute on February 6, 2014 at 1:30 p.m., at which time the Court will also hold a Case Management Conference.  The parties shall submit their joint discovery letter, if any, by no later than February 3, 2014 at noon.

      IT IS SO ORDERED.

United States District Court
Northern District of California

Dated: January 15, 2014

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28