1  Larry W. Lee (State Bar No. 228175)
   lwlee@diversitylaw.com
2  Daniel H. Chang (State Bar No. 183803)
   dchang@diversitylaw.com
3  DIVERSITY LAW GROUP, P.C.
4  550 South Hope Street, Suite 2655
   Los Angeles, California 90071
5  (213) 488-6555
   (213) 488-6554 facsimile
6
7  Dennis S. Hyun (State Bar No. 224240)
   dhyun@hyunlegal.com
8  HYUN LEGAL, APC
   550 S. Hope Street, Suite 2655
9  Los Angeles, CA  90071
   Telephone:     (213) 488-6555
10 Facsimile:     (213) 488-6554

11 Attorneys for PLAINTIFF and the CLASS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ANDREW LEE, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA, a Pennsylvania Corporation; PALMER, REIFLER & ASSOCIATES, a Florida Professional Association; PATRICIA L. HASTINGS, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C12-5064 JSC<br><br>**PLAINTIFF'S COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>Date:         February 6, 2014<br>Time:        1:30 p.m.<br>Courtroom:   F<br>Judge:       Hon. Jacqueline Scott Corley<br><br>Complaint Filed:   July 24, 2012<br>Trial Date:        Not Set<br>Discovery Cutoff:  Not Set |
|---|---|

At the Case Management Conference set for February 6, 2014, Plaintiff Andrew Lee ("Plaintiff") will be represented in-person by his counsel, Larry W. Lee, of Diversity Law Group, P.C.  Mr. Lee's co-counsel, however, Dennis Hyun, of Hyun Legal, APC, respectfully requests that he be allowed to attend the Case Management Conference by telephone.  Mr. Hyun makes this request to conserve the resources of the parties and believes that Plaintiff will be adequately represented in person by co-counsel, Mr. Lee.

1

1  Respectfully submitted,
2
3
4  DATED:  February 3, 2014                HYUN LEGAL, APC
5                                          By: /s/ Dennis S. Hyun
                                                  Dennis S. Hyun
6                                          Attorneys for PLAINTIFF and the CLASS
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28