IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LEE,<br><br>        Plaintiff,<br><br>    v.<br><br>THE PEP BOYS MANNY MOE AND JACK OF CALIFORNIA, et al.,<br><br>        Defendants. | Case No.: C-12-05064 JSC<br><br>**ORDER RE: FEBRUARY 6, 2014 HEARING AND CASE MANAGEMENT CONFERENCE** |

On January 15, 2014, the Court ordered the parties that any discovery dispute presented to the Court "must follow the Court's Standing Order." (Dkt. No. 78.) The Court's Standing Order regarding discovery disputes provides in part:

> [After meeting and conferring, the parties] shall prepare a joint statement of not more than eight pages (12-point or greater font) stating the nature and status of the dispute and attesting to their good faith meet and confer efforts. Issue-by-issue, the joint letter shall describe each unresolved issue, summarize each party's position with appropriate legal authority, and provide each party's final proposed compromise before addressing the next issue. It is preferable that the parties file a separate letter for each dispute. Where necessary, the parties may submit supporting declarations and documentation. Parties are expected to plan for and cooperate in preparing the joint letter so that each side has adequate time to address the arguments.

The parties are strongly encouraged to submit a joint statement, but in the rare instances when a joint statement is not possible, each side may submit a statement of not more than two pages (12-point font or greater).

On February 3, 2014 the parties submitted a variety of documents, none of which comply with this Court's Standing Order or the Court's January 15, 2014 Order.  The submissions are neither in a joint letter format nor within the page limitations set by the Standing Order.  Further, the submissions do not clearly identify the discovery disputes the parties wish for the Court to address.

Thus, for any present discovery dispute for which the parties seek resolution, the parties shall submit a joint letter brief pursuant to the schedule set forth below:

Deadline for Plaintiff to submit his portion of the letter to Defendants:     February 10, 2014

Deadline for Defendants to submit their portion of the letter to Plaintiff:   February 18, 2014

Deadline for Plaintiff to submit the joint letter to Court:                   February 21, 2014

Hearing on the joint letter and Case Management Conference:                   February 27, 2014

The above schedule is meant to reflect the typical Motion, Opposition, Reply format used for normal motion practice.  Thus, Plaintiff is permitted to revise his portion of the joint letter before submitting the letter to the Court.

The Case Management Conference scheduled for February 6, 2014 is accordingly VACTAED.

IT IS SO ORDERED.

Dated: February 3, 2014

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE