UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PEP BOYS-MANNY MOE & JACK OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-05064-JSC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF REPORTS** |

Plaintiff moves the Court to compel production of Palmer, Reifler & Associates reports that Plaintiff contends would provide him with information as to the nature of the underlying incidents listed in the reports.  (*See* Dkt. No. 86.)  Having reviewed *in camera* Defendants' submission of a sample Palmer, Reifler & Associates report, the Court concludes that the report provides no such information.  Plaintiff's request to compel production of the reports is accordingly DENIED.

**IT IS SO ORDERED.**

Dated: March 7, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge