1

2

3

4                        UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   ANDREW LEE,                          Case No.  12-cv-05064-JSC
              Plaintiff,
8
         v.                              **ORDER FOLLOWING APRIL 3 CASE**
9                                        **MANAGEMENT CONFERENCE**
    THE PEP BOYS-MANNY MOE & JACK
10  OF CALIFORNIA, et al.,

11            Defendants.

12

13       Following the Case Management Conference held on April 3, 2014, the Court orders as

14  follows:

15       The parties shall attend an Early Neutral Evaluation conducted by the Court's ADR

16  department by no later than 90 days from April 3, 2014.

17       Plaintiff, by Monday, April 7, 2014, shall serve on Defendant Palmer, Reifler &Associates

18  a PMK deposition notice and proposed dates for the PMK deposition.

19       Defendants shall depose Plaintiff on May 13, 2014.  In the unlikely event Defendants'

20  counsel is unavailable on May 13 due to jury duty, the deposition shall occur on May 21, 2014.

21       All discovery to be used in connection with class certification shall be completed by

22  September 30, 2014.

23       Plaintiff shall file his motion for class certification on October 27, 2014.  The hearing on

24  Plaintiff's motion shall be held on December 11, 2014 at 9:00 a.m.

25       **IT IS SO ORDERED.**

26  Dated: April 4, 2014

27                              _____
                                JACQUELINE SCOTT CORLEY
28                              United States Magistrate Judge

United States District Court
Northern District of California