UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ANDREW LEE, | No. C 12-5064 JSC |
| Plaintiff, | |
| v. | **ORDER RE: ATTENDANCE AT ENE** |
| THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA, et al., | Date: October 14, 2014<br>Evaluator: George Harris |
| Defendants. | |

IT IS HEREBY ORDERED that the request to excuse plaintiff Andrew Lee from appearing in person at the October 14, 2014, ENE before George Harris is GRANTED. The excused representative shall be available at all times to participate telephonically in the ENE as set forth in ADR L.R. 5-10(f).

Counsel are advised that, in the future, requests to be excused from personal attendance at an ENE shall be submitted in accordance with the procedure set forth in ADR L.R. 5-10(d) and shall *not* be filed.

IT IS SO ORDERED.

October 1, 2014                By: _____
Dated                                              Maria-Elena James
                                                     United States Magistrate Judge