UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ANDREW LEE, | |
| Plaintiff, | No. C 12-5064 JSC |
| v. | **ORDER RE: ATTENDANCE AT ENE** |
| THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA, et al., | Date: October 14, 2014<br>Evaluator: George Harris |
| Defendants. | |

IT IS HEREBY ORDERED that the request to excuse defendants Patricia Hastings and The Pep Boys Manny Moe & Jack of California from appearing in person at the October 14, 2014, ENE before George Harris is GRANTED. The excused parties shall be available at all times to participate telephonically in the ENE as set forth in ADR L.R. 5-10(f).

IT IS SO ORDERED.

October 2, 2014              By:  _____
Dated                              Maria-Elena James
                                   United States Magistrate Judge