|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | ANDREW LEE, as an individual and on behalf of all others similarly situated, | Case No. C12-5064 JSC |
| 12 | Plaintiff, | **[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND CLASS CERTIFICATION DEADLINES; AND** |
| 13 | vs. | |
| 14 | THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA, a Pennsylvania Corporation; PALMER, REIFLER & ASSOCIATES, a Florida Professional Association; PATRICIA L. HASTINGS, an individual; and DOES 1 through 100, inclusive, | **STIPULATION FILED HEREWITH** |
| 15 | | Complaint Filed:  August 20, 2012 |
| 16 | | Trial Date:  Not Set |
| 17 | | |
| 18 | Defendants. | |

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING THEREFOR, the Stipulation to Extend the Class Certification Deadlines filed by Plaintiff Andrew Lee ("Plaintiff") and Defendants Pep Boys Manny Moe & Jack of California ("Pep Boys"), the Law Offices of Palmer, Reifler & Associates P.A. ("Palmer") and Patricia Hastings ("Hastings") (collectively, "Defendants") (collectively, the "Parties"), is hereby approved.

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

1. Notwithstanding the passing of the class discovery cutoff of June 27, 2015, the Parties may conduct the depositions of Pep Boys' employee Shaun MacDonald after this discovery cutoff deadline, but prior to the filing of Plaintiff's Motion for Class Certification;

2. The motion for class certification will not be filed until either the defense motion to compel the resumption of the Andrew Lee deposition is denied, or is granted, and the deposition is thereafter completed;

3. Plaintiff's Motion for Class Certification deadline is continued for 60 days, from July 24, 2015, to September 21, 2015; and

4. Defendants shall have 21 days from when Plaintiff's Motion for Class Certification is filed to file/serve their Opposition; and

5. Plaintiff shall have 21 days from when Defendant's Opposition to the Motion for Class Certification is filed to file/serve Plaintiff's Reply.

IT IS SO ORDERED. 6. Absent settlement, no further extensions will be granted.

Dated: July 21, 2015

_Jacqueline Scott Corley_
THE HON. JACQUELINE SCOTT CORLEY
MAGISTRATE JUDGE