UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LEE,<br>          Plaintiff,<br><br>     v.<br><br>THE PEP BOYS-MANNY MOE & JACK OF CALIFORNIA, et al.,<br>          Defendants. | Case No. 12-cv-05064-JSC<br><br>**ORDER RE: DISCOVERY DISPUTE**<br>Re: Dkt. Nos. 115, 117 |

This Fair Debt Collection Practices Act ("FDCPA") and California Unfair Competition Law ("UCL") putative class action arises out of the collection of debt incurred by an employee's alleged misuse of his employee discount and for changing the oil on his car while at work.  Now pending before the Court is Defendant's request for an order (1) compelling Plaintiff Andrew Lee to appear at defense counsel's San Francisco office to complete his deposition, (2) appointing a special master to assist with the completion of that deposition, and (3) imposing sanctions.  (Dkt. No. 115.)  Having reviewed the parties' submissions, including transcripts of Plaintiff's two aborted depositions, the Court GRANTS IN PART Defendant's request.  Plaintiff shall appear to complete his deposition at Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California.  The parties shall contact the deputy clerk, Ada Means (Ada_Means@cand.uscourts.gov), to schedule a suitable date for the deposition.  For all future depositions, regardless of which party is taking the deposition, all objections as to form are preserved; thus, the only objections that counsel shall make going forward are on grounds of privilege.  The Court reserves ruling on the request for sanctions.

**IT IS SO ORDERED.**

Dated: July 23, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge