UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LEE,<br><br>  Plaintiff,<br><br>  v.<br><br>THE PEP BOYS-MANNY MOE & JACK OF CALIFORNIA, et al.,<br><br>  Defendants. | Case No. 12-cv-05064-JSC<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO STAY**<br><br>Re: Dkt. No. 122 |

On September 21, Plaintiff filed a motion for class certification.  (Dkt. No. 120.)  The Court set a briefing schedule on that motion requiring Defendant to file an opposition by October 13, 2015.  (Dkt. No. 116.)  Now pending before the Court is Defendants' Emergency Administrative Motion to Stay their deadline to oppose the class certification motion until the Court resolves the parties' dispute about changes to Plaintiff's deposition testimony.  (Dkt. No. 122.)  The Court ORDERS Plaintiff to respond to the administrative motion by October 2, 2015.  In particular, Plaintiff shall advise whether he opposes Defendants' request to vacate the deadline for their opposition to the class certification motion pending resolution of a forthcoming motion to strike Plaintiff's errata to his deposition transcript and, if so, why the Court should deny Defendants' motion.

**IT IS SO ORDERED.**

Dated: September 30, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge