UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LEE, as an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA, a Pennsylvania Corporation; PALMER, REIFLER & ASSOCIATES, a Florida Professional Association; PATRICIA L. HASTINGS, an individual; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. C12-5064 JSC<br><br>**ORDER EXCUSING PARTIES' PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE SCHEDULED FOR MAY 24, 2016**<br><br>Complaint Filed:   August 20, 2012<br>Trial Date:          Not Set<br>Discovery Cutoff:  Not Set |

Based on the reasons set forth in the letter submitted by counsel for Plaintiff Andrew Lee ("Plaintiff"), Plaintiff and Defendants Pep Boys Manny Moe & Jack of California, Palmer, Reifler & Associates, and Patricia Hastings (collectively, "Defendants") (Plaintiff and Defendants collectively referred to as the "Parties") are hereby excused from personally attending the Settlement Conference set for 9:30 a.m. on May 24, 2016, before the Honorable Nathanael M. Cousins.  Nevertheless, the Parties shall be available by telephone.

IT IS SO ORDERED.

DATE:   May 9, 2016

_____
MAGISTRATE JUDGE NATHANAEL M. COUSINS



GRANTED
Judge Nathanael M. Cousins